# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andrew D. Breighner<br>Gaylynn L. Breighner<br><u>Debtors</u> | CHAPTER 13 |
| MTGLQ Investors, LP<br><u>Movant</u><br>vs.<br>Andrew D. Breighner<br>Gaylynn L. Breighner<br><u>Debtors</u><br>Charles J. DeHart, III Esq.<br><u>Trustee</u> | NO. 15-03172 MDF<br><br>Nature of Proceeding: Motion for Relief |

**REQUEST TO CONTINUE HEARING WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance; <u>both parties are attempting settlement.</u>

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: July 15, 2016            **/s/ Joshua I. Goldman, Esquire** \_\_\_\_\_
                                Joshua I. Goldman, Esquire
                                Attorney for Movant
                                BNY Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322
                                Fax (215) 825-6406