IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **Andrew D. Breighner**<br>**Gaylynn L. Breighner**<br>      **Debtors** | BK NO. 15-03172 MDF<br><br>Chapter 13 |
| **MTGLQ Investors, LP**<br>      **Movant**<br>  vs. | Pleading: Motion for Relief |
| **Andrew D. Breighner**<br>**Gaylynn L. Breighner**<br>      **Debtors** | |
| **Charles J. DeHart, III Esq.**, (**Trustee**) | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above-identified pleading with the consent of the opposition, if any.

**X** The undersigned counsel certifies as follows:

 (1) A settlement has been reached which will be reduced to writing, executed and filed within forty-five (45) days.

 (2) If a stipulation is not filed or a hearing requested within forty-five (45) days, it is understood that this proceeding will be dismissed without prejudice.

 (3) Contemporaneous with the filing for this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 14, 2016        **/s/ Joshua I. Goldman, Esquire**
                    Joshua I. Goldman, Esquire
                    Attorney for Movant
                    KML Law Group, P.C.