# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| ANDREW D. BREIGHNER<br>GAYLYNN L. BREIGHNER, | Chapter: 13 |
| Debtor(s) | Case Number: 1:15-bk-03172-MDF |
| MTGLQ INVESTORS, LP | Document No.: 24 |
| Movant(s)<br>vs. | Nature of Proceeding: **Motion for Relief from Automatic Stay** |
| ANDREW D. BREIGNER<br>GAYLYNN L. BREIGNER and<br>CHARLES J. DEHART, III, ESQUIRE<br>(TRUSTEE), | |
| Respondent(s) | |

## **ORDER**

Upon consideration of Request to Remove from the Hearing List filed by the parties indicating that a settlement has been reached and a stipulation will be filed, it is hereby

ORDERED, if a stipulation is not filed or a request to relist matter for hearing by September 28, 2016, the Court may deny this Motion without further notice.

FURTHER ORDERED that the hearing previously scheduled on the Motion for Relief from Automatic Stay for August 16, 2016, is hereby CANCELLED.

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)

Date: August 15, 2016