```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 15-03172-HWV
Andrew D. Breighner                                             Chapter 13
Gaylynn L. Breighner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: KADavis          Page 1 of 1          Date Rcvd: Oct 04, 2018
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.
      +WellSpan Health,    Attn: Payroll,   1001 South George Street,   York, PA 17403-3676

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
      James   Warmbrodt    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
      Joshua I Goldman    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Karina   Velter    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
      Keith B DeArmond    on behalf of Debtor 2 Gaylynn L. Breighner general.dearmondlaw@gmail.com,
       G10924@notify.cincompass.com
      Keith B DeArmond    on behalf of Debtor 1 Andrew D. Breighner general.dearmondlaw@gmail.com,
       G10924@notify.cincompass.com
      Thomas I Puleo    on behalf of Creditor   MTGLQ Investors, LP tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                               TOTAL: 8

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    ANDREW D. BREIGHNER                      CHAPTER 13
    GAYLYNN L. BREIGHNER                   CASE NO. 1:15-bk-03172-HWV
        DEBTOR(S)                              MOTION FOR WAGE ATTACHMENT
                                                   TO PAY TRUSTEE

## ORDER TO PAY TRUSTEE

    AND NOW, this 2nd day of October 2, 2018, upon consideration of the above-referenced Debtors have filed a Petition under Chapter 13 of the Bankruptcy Court and having submitted all future income to the jurisdiction of this Court in accordance with statue,

    **IT IS HEREBY ORDERED** that until further Order of this Court:

        Employer:    WellSpan Health
        ATTN:        Payroll
        Address:     1001 South George Street
                         York, PA 17405

    Shall deduct from said Debtor's income the sum of $879.71 per bi-weekly pay, for a total of $1,759.41 per month, beginning on the next pay date and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

                Charles J. DeHart, III
                Standing Chapter 13 Trustee
                PO Box 7005
                Lancaster, PA 17604

    **IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

Dated: October 03, 2018                  By the Court,

                                                         *[signature]*
                                                         Henry W. Van Eck, Bankruptcy Judge (LS)