Certificate Number: 14751-PAM-DE-033880025

Bankruptcy Case Number: 15-03172


14751-PAM-DE-033880025

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 29, 2019, at 3:25 o'clock PM PST, ANDREW D BREIGHNER completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 29, 2019                By:    /s/Laura E Hauptman

                                           Name:  Laura E Hauptman

                                           Title: Certified Credit Counselor