Certificate Number: 14751-PAM-DE-033880026

Bankruptcy Case Number: 15-03172


14751-PAM-DE-033880026

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 29, 2019</u>, at <u>3:25</u> o'clock <u>PM PST</u>, <u>Gaylynn L Breighner</u> completed a course on personal financial management given <u>by internet</u> by <u>$0$ BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 29, 2019</u>   By: <u>/s/Laura E Hauptman</u>

Name: <u>Laura E Hauptman</u>

Title: <u>Certified Credit Counselor</u>