```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 15-03172-HWV
Andrew D. Breighner                                                 Chapter 13
Gaylynn L. Breighner
        Debtors

## CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Mar 04, 2020
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.
```
        +WELLSPAN HEALTH,    ATTN: PAYROLL,    1001 SOUTH GEORGE STREET,    YORK, PA 17403-3676
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina   Velter    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
              Keith B DeArmond     on behalf of Debtor 2 Gaylynn L. Breighner general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond     on behalf of Debtor 1 Andrew D. Breighner general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Sarah Elisabeth Barngrover    on behalf of Creditor    U.S. Bank National Association
               amps@manleydeas.com
              Thomas I Puleo    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RE:
ANDREW D. BREIGHNER  CHAPTER 13
GAYLYNN L. BREIGHNER  CASE NO.: 1:15-bk-03172-HWV
DEBTOR(S)  MOTION TO TERMINATE WAGE
ATTACHMENT TO PAY TRUSTEE

### ORDER TO TERMINATE PAYMENTS TO TRUSTEE

Upon consideration of the Motion to Terminate Order to Pay Trustee filed by the Debtors, Andrew D. Breighner and Gaylynn L. Breighner:

**IT IS HEREBY ORDERED** that until further Order of the Court:

Employer: WellSpan Health
Attention: Payroll
Address: 1001 South George Street
York, PA 17403

Shall no longer deduct funds from the income of Gaylynn L Breighner.

Dated: March 4, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (JH)