# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ANDREW D. BREIGHNER  Case No.: 1-15-03172-HWV
GAYLYNN L. BREIGHNER  Chapter 13
       Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | GREGORY FUNDING, LLC |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | High Rock Rd - PRE-ARREARS - -513 |
| Property Address if applicable: | 305 HIGH ROCK ROAD W, , HANOVER, PA17331 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $43,450.02 |
| b. | Prepetition arrearages paid by the Trustee: | $43,450.02 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $18,534.24 |
| f. | Postpetition arrearages paid by the Trustee: | $18,534.24 |
| g. | Total b, d, f: | $61,984.26 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 23, 2020                        Respectfully submitted,

                                       s/ Charles J. DeHart, III, Trustee
                                       Standing Chapter 13 Trustee
                                       Suite A, 8125 Adams Drive
                                       Hummelstown, PA 17036
                                       Phone: (717) 566-6097
                                       Fax: (717) 566-8313
                                       eMail: dehartstaff@pamd13trustee.com

Creditor Name: GREGORY FUNDING, LLC  
Court Claim Number: 06

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1155012 | 09/01/2016 | $12,616.51 | $0.00 | $12616.51 |
| 5200 | 1166135 | 04/12/2017 | $677.15 | $0.00 | $677.15 |
| 5200 | 1169264 | 06/13/2017 | $855.70 | $0.00 | $855.70 |
| 5200 | 1170638 | 07/06/2017 | $855.69 | $0.00 | $855.69 |
| 5200 | 1172154 | 08/10/2017 | $987.34 | $0.00 | $987.34 |
| 5200 | 1173686 | 09/19/2017 | $921.51 | $0.00 | $921.51 |
| 5200 | 1174934 | 10/11/2017 | $1,513.92 | $0.00 | $1513.92 |
| 5200 | 1179091 | 01/11/2018 | $852.04 | $0.00 | $852.04 |
| 5200 | 1180460 | 02/08/2018 | $983.13 | $0.00 | $983.13 |
| 5200 | 1181819 | 03/08/2018 | $2,346.41 | $0.00 | $2346.41 |
| 5200 | 1186332 | 05/15/2018 | $852.05 | $0.00 | $852.05 |
| 5200 | 1189013 | 07/12/2018 | $852.05 | $0.00 | $852.05 |
| 5200 | 1192525 | 10/10/2018 | $501.55 | $0.00 | $501.55 |
| 5200 | 1193905 | 11/08/2018 | $1,426.16 | $0.00 | $1426.16 |
| 5200 | 1195276 | 12/13/2018 | $1,722.53 | $0.00 | $1722.53 |
| 5200 | 1196688 | 01/10/2019 | $1,148.23 | $0.00 | $1148.23 |
| 5200 | 1197889 | 02/07/2019 | $1,148.22 | $0.00 | $1148.22 |
| 5200 | 1199068 | 03/12/2019 | $1,105.44 | $0.00 | $1105.44 |
| 5200 | 1200411 | 04/11/2019 | $1,765.13 | $0.00 | $1765.13 |
| 5200 | 1201768 | 05/09/2019 | $1,148.23 | $0.00 | $1148.23 |
| 5200 | 1203071 | 06/06/2019 | $1,148.23 | $0.00 | $1148.23 |
| 5200 | 1204450 | 07/11/2019 | $1,148.22 | $0.00 | $1148.22 |
| 5200 | 1205825 | 08/07/2019 | $1,148.23 | $0.00 | $1148.23 |
| 5200 | 1207252 | 09/26/2019 | $2,323.59 | $0.00 | $2323.59 |
| 5200 | 1208540 | 10/10/2019 | $601.25 | $0.00 | $601.25 |
| 5200 | 1209604 | 11/07/2019 | $1,150.69 | $0.00 | $1150.69 |
| 5200 | 1210930 | 12/12/2019 | $1,150.70 | $0.00 | $1150.70 |
| 5200 | 1212312 | 01/16/2020 | $500.12 | $0.00 | $500.12 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
ANDREW D. BREIGHNER  Case No.: 1-15-03172-HWV
GAYLYNN L. BREIGHNER  Chapter 13
            Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 23, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| KEITH B. DeARMOND, ESQUIRE<br>2951 WHITEFORD ROAD<br>SUITE 101<br>YORK PA, 17402-7624 | SERVED ELECTRONICALLY |
| GREGORY FUNDING LLC<br>PO BOX 25430<br>PORTLAND, OR, 97298 | SERVED BY 1ST CLASS MAIL |
| ANDREW D. BREIGHNER<br>GAYLYNN L. BREIGHNER<br>305 HIGH ROCK ROAD W<br>HANOVER, PA 17331 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 23, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com