**Fill in this information to identify the case**

**Debtor 1**  Andrew D. Breighner

**Debtor 2**  Gaylynn L. Breighner
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** MIDDLE **District of** PENNSYLVANIA
                                                                                  **(State)**

**Case number**  15-03172

# Form 4100R
## Response to Notice of Final Cure Payment                                   10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2018-B, Mortgage-Backed Notes

**Court claim no.** (if known):

6

**Last 4 digits** of any number you use to identify the debtor's account:  -513

**Property address:** 305 High Rock Road
                     Number        Street

Hanover                          PA            17331
City                             State         Zip Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:       $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ___/___/____
                                                               MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                 (a) $1,567.54

b.  Total fees, charges, expenses, escrow, and costs outstanding:            (b) $500.00

c.  Total. Add lines a and b.                                                (c) $2,067.54

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:   03/01/2020
                                                                      MM/DD/YYYY

Debtor 1 __Andrew D. Breighner__   Case number (if known) __15-03172__
          First Name     Middle Name     Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**x** __/s/ Karina Velter__   Date __March 24, 2020__
   Signature

| | | | |
|---|---|---|---|
| Print: | Karina Velter | Title | Attorneys for Creditor |
| Company | Manley Deas Kochalski LLC | | |
| Address | P.O. Box 165028 | | |
| | Number    Street | | |
| | Columbus, OH 43216-5028 | | |
| | City   State   ZIP Code | | |
| Contact phone | 614-220-5611 | Email | amps@manleydeas.com |

Form 4100R         **Response to Notice of Final Cure Payment**        page **2**

18-024624_SCS2

## Exhibit B: Schedule of Amounts Outstanding Post-Petition Claim

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | March 24, 2020 | (3) | $ $500.00 |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Advertisement costs | | (5) | $ |
| 6. | Sheriff/auctioneer fees | | (6) | $ |
| 7. | Title costs | | (7) | $ |
| 8. | Recording fees | | (8) | $ |
| 9. | Appraisal/broker's price opinion fees | | (9) | $ |
| 10. | Property inspection fees | | (10) | $ |
| 11. | Tax advances (non-escrow) | | (11) | $ |
| 12. | Insurance advances (non-escrow) | | (12) | $ |
| 13. | Escrow shortage or deficiency (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) | $ |
| 14. | Property preservation expenses. Specify: _____ | | (14) | $ |
| 15. | 1 payment at $1,711.97. | March 1, 2020 | (15) | $ 1,711.97 |
| 16. | Other. suspense _____ | | (16) | $ (144.43) |
| | Total postpetition fees, expenses, and charges. Add all of the amounts listed above. | | (17) | $ 2,067.54 |

18-024624_SCS2

Post Petition Payment History for: Andrew D. Breighner  Loan N
BK Case No. 15-03172

| | | Post petition | | | | |
|---|---|---|---|---|---|---|
| BK filing date | 7/28/2015 | DueDate | 3/1/2020 | Suspense Balance: | | ($144.43) |
| AP order effective date | 8/1/2016 | Total Original PP Default (stuffed into plan) | $18,534.24 | Stip Balance Due: | | $0.00 |
| PITI amount | $1,711.97 | No. Months Behind | 1 | Regular Payments Balance Due | | $1,711.97 |
| | | | | NSF Fee | | $0.00 |
| Pmt Start | $1,459.02 | | | Attorney fees due | | $500.00 |
| NOPC eff 12/2016 | $1,574.79 | | | **TOTAL PP DEFAULT AMOUNT** | | **$2,067.54** |
| NOPC eff 12/2017 | $1,587.61 | | | | | |
| NOPC eff 6/2019 | $1,653.19 | | | | | |
| NOPC eff 2/2020 | $1,711.97 | | | | | |

| Reference | DateRec | DateDue | Total | Principal | Interest | Impound | UnpaidIntere |
|---|---|---|---|---|---|---|---|
| POSTBWR | 8/29/2016 | 8/1/2016 | $1,500.00 | $143.32 | $980.32 | $376.36 | $40.98 |
| POSTBWR | 9/23/2016 | 9/1/2016 | $1,460.00 | $144.05 | $939.59 | $376.36 | $0.98 |
| POSTBWR | 10/21/2016 | 10/1/2016 | $1,460.00 | $144.79 | $938.85 | $376.36 | $0.98 |
| POSTBWR | 11/22/2016 | 11/1/2016 | $1,459.02 | $145.53 | $937.13 | $376.36 | $0.00 |
| POSTBWR | 12/15/2016 | 12/1/2016 | $1,574.79 | $146.27 | $936.39 | $492.13 | $0.00 |
| POSTBWR | 1/26/2017 | 1/1/2017 | $1,575.00 | $147.02 | $935.85 | $492.13 | $0.21 |
| POSTBWR | 2/23/2017 | 2/1/2017 | $1,575.00 | $147.77 | $935.10 | $492.13 | $0.21 |
| POSTBWR | 3/22/2017 | 3/1/2017 | $1,575.00 | $148.52 | $934.35 | $492.13 | $0.21 |
| POSTBWR | 4/19/2017 | 4/1/2017 | $1,574.79 | $149.28 | $933.38 | $492.13 | $0.00 |
| POSTBWR | 5/17/2017 | 5/1/2017 | $1,574.79 | $150.04 | $932.62 | $492.13 | $0.00 |
| POSTBWR | 6/28/2017 | 6/1/2017 | $1,575.00 | $150.81 | $932.06 | $492.13 | $0.21 |
| POSTBWR | 7/26/2017 | 7/1/2017 | $1,575.00 | $151.58 | $931.29 | $492.13 | $0.21 |
| POSTBWR | 8/23/2017 | 8/1/2017 | $1,575.00 | $152.35 | $930.52 | $492.13 | $0.21 |
| POSTBWR | 9/22/2017 | 9/1/2017 | $1,575.00 | $153.13 | $929.74 | $492.13 | $0.21 |
| POSTBWR | 10/18/2017 | 10/1/2017 | $1,574.79 | $153.91 | $928.75 | $492.13 | $0.00 |
| POSTBWR | 11/15/2017 | 11/1/2017 | $1,575.00 | $154.70 | $928.17 | $492.13 | $0.21 |
| POSTBWR | 12/27/2017 | 12/1/2017 | $1,587.61 | $155.48 | $927.18 | $504.95 | $0.00 |
| POSTBWR | 1/24/2018 | 1/1/2018 | $1,588.00 | $156.28 | $926.77 | $504.95 | $0.39 |
| POSTBWR | 2/21/2018 | 2/1/2018 | $1,588.00 | $157.08 | $925.97 | $504.95 | $0.39 |
| POSTBWR | 3/21/2018 | 3/1/2018 | $1,590.00 | $157.88 | $927.17 | $504.95 | $2.39 |
| POSTBWR | 4/18/2018 | 4/1/2018 | $1,590.00 | $158.68 | $926.37 | $504.95 | $2.39 |
| POSTBWR | 5/30/2018 | 5/1/2018 | $1,590.00 | $159.49 | $925.56 | $504.95 | $2.39 |
| POSTBWR | 6/27/2018 | 6/1/2018 | $1,587.61 | $160.31 | $922.35 | $504.95 | $0.00 |
| POSTBWR | 7/30/2018 | 7/1/2018 | $1,587.61 | $161.13 | $921.53 | $504.95 | $0.00 |

Post Petition Payment History for: Andrew D. Breighner  Loan No. 
BK Case No. 15-03172

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| POSTBWR | 8/31/2018 | 8/1/2018 | $1,590.00 | $161.95 | $923.10 | $504.95 | $2.39 |
| POSTBWR | 9/28/2018 | 9/1/2018 | $1,590.00 | $162.77 | $922.28 | $504.95 | $2.39 |
| POSTBWR | 10/31/2018 | 10/1/2018 | $1,590.00 | $163.61 | $921.44 | $504.95 | $2.39 |
| POSTBWR | 11/30/2018 | 11/1/2018 | $1,590.00 | $164.44 | $920.61 | $504.95 | $2.39 |
| POSTBWR | 12/31/2018 | 12/1/2018 | $1,590.00 | $165.28 | $919.77 | $504.95 | $2.39 |
| NSF | 1/2/2019 | 12/1/2018 | ($1,590.00) | ($165.28) | ($919.77) | ($504.95) | ($2.39) |
| POSTBWR | 1/11/2019 | 12/1/2018 | $1,590.00 | $165.28 | $919.77 | $504.95 | $2.39 |
| POSTBWR | 1/31/2019 | 1/1/2019 | $1,590.00 | $166.12 | $918.93 | $504.95 | $2.39 |
| NSF | 2/1/2019 | 1/1/2019 | ($1,590.00) | ($166.12) | ($918.93) | ($504.95) | ($2.39) |
| POSTBWR | 2/15/2019 | 1/1/2019 | $1,590.00 | $166.12 | $918.93 | $504.95 | $2.39 |
| NSF | 2/19/2019 | 1/1/2019 | ($1,590.00) | ($166.12) | ($918.93) | ($504.95) | ($2.39) |
| POSTBWR | 2/28/2019 | 1/1/2019 | $1,590.00 | $166.12 | $918.93 | $504.95 | $2.39 |
| NSF | 3/1/2019 | 1/1/2019 | ($1,590.00) | ($166.12) | ($918.93) | ($504.95) | ($2.39) |
| POSTBWR | 3/8/2019 | 1/1/2019 | $1,590.00 | $166.12 | $918.93 | $504.95 | $2.39 |
| NSF | 3/11/2019 | 1/1/2019 | ($1,590.00) | ($166.12) | ($918.93) | ($504.95) | ($2.39) |
| POSTBWR | 3/22/2019 | 1/1/2019 | $1,590.00 | $166.12 | $918.93 | $504.95 | $2.39 |
| NSF | 3/25/2019 | 1/1/2019 | ($1,590.00) | ($166.12) | ($918.93) | ($504.95) | ($2.39) |
| POSTBWR | 4/1/2019 | 1/1/2019 | $4,873.31 | $166.12 | $4,202.24 | $504.95 | $3,285.70 |
| POSTBWR | 4/1/2019 | 2/1/2019 | $0.00 | $166.97 | ($803.29) | $636.32 | ($1,718.98) |
| POSTBWR | 4/5/2019 | 3/1/2019 | $1,590.00 | $167.82 | $785.86 | $636.32 | ($128.98) |
| NSF | 4/8/2019 | 3/1/2019 | ($1,590.00) | ($167.82) | ($785.86) | ($636.32) | $128.98 |
| POSTBWR | 4/19/2019 | 3/1/2019 | $0.00 | $167.82 | ($804.14) | $636.32 | ($1,718.98) |
| POSTBWR | 4/19/2019 | 4/19/2019 | $0.00 | $0.00 | $131.37 | ($131.37) | $131.37 |
| POSTBWR | 4/23/2019 | 4/23/2019 | $750.00 | $0.00 | $750.00 | $0.00 | $750.00 |
| POSTBWR | 4/26/2019 | 4/26/2019 | $840.00 | $0.00 | $840.00 | $0.00 | $840.00 |
| NSF | 5/1/2019 | 4/26/2019 | ($840.00) | $0.00 | ($840.00) | $0.00 | ($840.00) |
| POSTBWR | 5/31/2019 | 5/31/2019 | $807.00 | $0.00 | $807.00 | $0.00 | $807.00 |
| NSF | 6/5/2019 | 5/31/2019 | ($807.00) | $0.00 | ($807.00) | $0.00 | ($807.00) |
| Other | 6/10/2019 | 6/10/2019 | $0.00 | $0.00 | ($175.00) | $0.00 | ($175.00) |
| POSTBWR | 6/14/2019 | 4/1/2019 | $1,590.00 | $168.68 | $785.00 | $636.32 | ($128.98) |
| NSF | 6/19/2019 | 4/1/2019 | ($1,590.00) | ($168.68) | ($785.00) | ($636.32) | $128.98 |
| POSTBWR | 6/20/2019 | 6/20/2019 | $807.00 | $0.00 | $807.00 | $0.00 | $807.00 |
| NSF | 6/21/2019 | 6/21/2019 | ($807.00) | $0.00 | ($807.00) | $0.00 | ($807.00) |
| POSTBWR | 6/28/2019 | 4/1/2019 | $3,200.00 | $168.68 | $2,395.00 | $636.32 | $1,481.02 |
| POSTBWR | 6/28/2019 | 5/1/2019 | $0.00 | $169.54 | ($805.86) | $636.32 | ($1,718.98) |
| NSF | 7/1/2019 | 4/1/2019 | ($3,200.00) | ($168.68) | ($2,395.00) | ($636.32) | ($1,481.02) |
| NSF | 7/1/2019 | 5/1/2019 | $0.00 | ($169.54) | $805.86 | ($636.32) | $1,718.98 |
| POSTBWR | 7/2/2019 | 4/1/2019 | $4,370.00 | $168.68 | $3,565.00 | $636.32 | $2,651.02 |

Post Petition Payment History for: Andrew D. Breighner  Loan N
BK Case No. 15-03172

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| POSTBWR | 7/2/2019 | 5/1/2019 | $0.00 | $169.54 | ($805.86) | $636.32 | ($1,718.98) |
| POSTBWR | 7/9/2019 | 7/9/2019 | $0.00 | $262.74 | ($262.74) | $0.00 | $262.74 |
| POSTBWR | 7/9/2019 | 6/1/2019 | $0.00 | $170.41 | ($800.94) | $570.53 | ($1,653.19) |
| POSTBWR | 7/9/2019 | 7/9/2019 | $0.00 | $0.00 | ($60.00) | $0.00 | ($60.00) |
| POSTBWR | 9/11/2019 | 9/11/2019 | $0.00 | $0.00 | ($100.00) | $0.00 | ($100.00) |
| POSTBWR | 9/25/2019 | 7/1/2019 | $5,104.35 | $171.28 | $4,362.54 | $570.53 | $3,451.16 |
| POSTBWR | 9/25/2019 | 8/1/2019 | $0.00 | $172.15 | ($742.68) | $570.53 | ($1,653.19) |
| POSTBWR | 9/25/2019 | 9/1/2019 | $0.00 | $173.03 | ($743.56) | $570.53 | ($1,653.19) |
| POSTBWR | 10/3/2019 | 10/3/2019 | $0.00 | ($45.00) | $0.00 | $0.00 | ($45.00) |
| POSTBWR | 10/23/2019 | 10/23/2019 | $0.00 | ($100.00) | $0.00 | $0.00 | ($100.00) |
| POSTBWR | 11/14/2019 | 10/1/2019 | $1,680.00 | $173.91 | $935.56 | $570.53 | $26.81 |
| POSTBWR | 12/26/2019 | 11/1/2019 | $1,653.19 | $174.80 | $907.86 | $570.53 | $0.00 |
| POSTBWR | 2/7/2020 | 12/1/2019 | $1,712.00 | $175.69 | $965.78 | $570.53 | $58.81 |
| POSTBWR | 3/5/2020 | 1/1/2020 | $1,711.97 | $176.59 | $964.85 | $570.53 | $58.78 |
| POSTBWR | 3/19/2020 | 2/1/2020 | $1,712.00 | $177.90 | $905.20 | $629.31 | $0.03 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : **Case No.: 15-03172** |
| **Andrew D. Breighner** | : **Chapter 13** |
| **Gaylynn L. Breighner** | : **Judge Henry W. Van Eck** |
| | : ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |
| **Debtor(s)** | |
| | : |
| **U.S. Bank National Association, as** | : |
| **Indenture Trustee on behalf of and with** | : **Related Document # 68** |
| **respect to Ajax Mortgage Loan Trust** | : |
| **2018-B, Mortgage-Backed Notes** | : |
| **Movant,** | : |
| | : |
| vs | : |
| | : |
| **Andrew D. Breighner** | : |
| **Gaylynn L. Breighner** | |
| | |
| **Charles J. DeHart III** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Keith B. DeArmond, Attorney for Andrew D. Breighner and Gaylynn L. Breighner, DeArmond and Associates of York, LLC, 18 South George Street, Suite 610, York, PA 17401, general.dearmondlaw@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 25, 2020:

Andrew D. Breighner and Gaylynn L. Breighner, 305 High Rock Road W, Hanover, PA 17331

Andrew D. Breighner and Gaylynn L. Breighner, 305 High Rock Road, Hanover, PA 17331

18-024624_SCS2

DATE: March 25, 2020

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-024624_SCS2