In re:  
Andrew D. Breighner  
Gaylynn L. Breighner  
    Debtors

Case No. 15-03172-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1     Date Rcvd: May 19, 2020  
                 Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2020.  
db/jdb      +Andrew D. Breighner,   Gaylynn L. Breighner,   305 High Rock Road W,   Hanover, PA 17331-7991

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2020 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
        James Warmbrodt    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com  
        Joshua I Goldman    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Karina Velter    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com  
        Keith B DeArmond    on behalf of Debtor 2 Gaylynn L. Breighner general.dearmondlaw@gmail.com,  
         G10924@notify.cincompass.com  
        Keith B DeArmond    on behalf of Debtor 1 Andrew D. Breighner general.dearmondlaw@gmail.com,  
         G10924@notify.cincompass.com  
        Sarah Elisabeth Barngrover    on behalf of Creditor    U.S. Bank National Association  
         amps@manleydeas.com  
        Thomas I Puleo    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                                   TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Andrew D. Breighner,<br>**Debtor 1**<br>Gaylynn L. Breighner,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:15−bk−03172−HWV |

Social Security No.:
      xxx−xx−9566      xxx−xx−3730

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 19, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (05/18)